IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02192-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

STEPHEN McILNAY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2014.**

    Defendant's Unopposed Motion for Leave to Appear Telephonically or Via Video Conference for Scheduling Conference Set for December 15, 2014 [filed December 11, 2014; docket #18] is **granted**. Defense counsel shall appear by telephone at the scheduling conference by calling my Chambers at 303.844.4507 at the appointed time.