IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02192-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

STEPHEN MCILNAY,

      Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of

Stephen McIlnay filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on December 31, 2014

(ECF No. 25), it is

ORDERED that Defendant Stephen McIlnay and this action are **DISMISSED**

**WITH PREJUDICE**.

Dated:  December 31, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge